**Order filed June 4, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00304-CV
_____

### JANICE JACKSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1026606**

---

## ORDER

No reporter's record has been filed in this case. Karen Field, the official court reporter, informed this court that appellant had not made arrangements for payment for the reporter's record. On April 22, 2013, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no response.

Accordingly, we issue the following order:

We **ORDER** appellant to file a brief in this appeal on or before **June 24, 2013.** If appellant does not timely file the brief as ordered, we will dismiss the appeal for want of prosecution.


PER CURIAM